U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 17 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
      SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DAVID GRILLETTE** | CIVIL ACTION NO. 5:02CV722 |
| **VERSUS** | JUDGE WALTER |
| **WARDEN WINN CORRECTIONAL CENTER** | MAGISTRATE JUDGE HORNSBY |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

√   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 17 Day of Oct, 2007.

Donald E. Walter
UNITED STATES DISTRICT JUDGE